**UNITED STATES ex rel. Stanislaw LA BUDA, Relator-Appellant, v. A. J. KARNUTH, as Director, etc., Respondent-Appellee.**

**No. 265.**

Circuit Court of Appeals, Second Circuit.

Feb. 3, 1931.

Jay T. Barnsdall, Jr., and Berenice S. Alpern, both of Buffalo, N. Y., for appellant.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (Justin C. Morgan, Asst. U. S. Atty., of Buffalo, N. Y., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order [47 F.(2d) 944] affirmed in open court.